Noel M. Caughman (Bar No. 154309)
ncaughman@archernorris.com
James J. Ficenec (SBN 152172)
jficenec@archernorris.com
ARCHER NORRIS
A Professional Law Corporation
2033 N. Main Street, Suite 800
Walnut Creek, CA  94596
Telephone:  925.930.6600
Facsimile:   925.930.6620

Attorneys for Plaintiff and Counter-Defendant
JOHN MUIR HEALTH, a California non-profit public benefit corporation

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| JOHN MUIR HEALTH, a California non- profit public benefit corporation,<br><br>Plaintiff,<br><br>v.<br><br>SCIQUEST, INC., a Delaware corporation, 3761258 CANADA INC., a Canadian corporation, f/k/a UPSIDE SOFTWARE INC.,<br><br>Defendants. | Case No.  3:15-cv-01294-JSC<br><br>**STIPULATION FOR DISMISSAL WITH PREJUDICE** |

Plaintiff/Counter-Defendant  JOHN MUIR HEALTH (hereinafter "JMH"), Defendant/Counterclaimant SCIQUEST, INC. and Defendant 3761258 CANADA, INC., by and through their respective counsel, hereby stipulate that this matter be dismissed with prejudice, except that the Court shall retain jurisdiction to enforce the terms of the settlement agreement among the parties.

STIPULATION FOR DISMISSAL

The parties agree that each party shall bear its/his own costs and attorneys' fees associated with this matter.

IT IS SO STIPULATED.

Dated: April 27, 2016                ARCHER NORRIS

By: /s/ *James J. Ficenec*
James J. Ficenec
Attorneys for Plaintiff John Muir Health

Dated: April 27, 2016                COBLENTZ PATCH DUFFY & BASS LLP

By: /s/ *Julia D. Greer*
Julia D. Greer
Attorneys for Defendant SciQuest, Inc.

Dated: April 27, 2016                MUSICK, PEELER & GARRETT LLP

By: /s/ *Catherine M. Lee*
Catherine M. Lee
Attorneys for Defendant 3761258 Canada Inc. f/k/a Upside Software Inc.

CT067/2359905-1

Dated: April 28, 2016

**GRANTED**
/s/ Jacqueline Scott Corley
Judge Jacqueline Scott Corley

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA